UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81435-CIV-CANNON

VIRGINIA QUINONEZ,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss [ECF No. 9], filed on December 19, 2022.  On February 15, 2023, following referral [ECF No. 13], Magistrate Judge Reinhart issued a Report recommending that the Motion be granted without prejudice [ECF No. 14].  The Report instructed the parties to file any objections by March 1, 2023 [ECF No. 14 p. 10].  No parties filed an objection, and the time within which to do so has expired.

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.     The Report and Recommendation [ECF No. 14] is ACCEPTED.

2.     Defendant's Motion to Dismiss [ECF No. 9] is GRANTED.

3.     Plaintiff's Complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

4.     On or before March 28, 2023, Plaintiff shall file a Motion for Leave to File an Amended Complaint that is consistent with the Report [ECF No. 14].  The Motion shall be accompanied with a copy of the proposed Amended Complaint.  Failure to (1) file a Motion for Leave to File an Amended Complaint; or (2) file the proposed

Amended Complaint as an attachment to the Motion will result in dismissal of this

action without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of March 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record